NUMBER 13-03-558-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
______________________________________________________ _
 
JAMES R. CAMERON,                                                       Appellant,

v.

ALVA G. ALLEN,                                                               Appellee.
_________________________________________________________

On appeal from the 117th District Court
of Nueces County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, JAMES R. CAMERON, perfected an appeal from a judgment entered
by the 117th District Court of Nueces County, Texas, in cause number 00-4544-B. 
After the record was filed, appellant filed a motion to dismiss the appeal. In the
motion, appellant states that he no longer wishes to prosecute this appeal. Appellant
requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 8th day of January, 2004.